160 A.3d 772

**COMMONWEALTH of Pennsylvania**

v.

**$1793.00 IN CASH**

**Petition of: Cedric Daniels**

**No. 430 MAL 2016**

Supreme Court of Pennsylvania.

November 1, 2016

## ORDER

PER CURIAM

**AND NOW**, this 1st day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.